JTM/USAO#2016R00089

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

16 FEB 25 PM 4: 45

CLERK'S OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. RDB-16-063 |
| | * | |
| v. | * | (Malicious Destruction of Real |
| | * | Property by Fire (Arson), |
| TREVON GREEN | * | 18 U.S.C. § 844(i); Aiding & Abetting, |
| | * | 18 U.S.C. § 2) |
| Defendant | * | |

*******

### INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about April 27, 2015, in the District of Maryland, the defendant,

**TREVON GREEN,**

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, any building, real and personal property used in interstate commerce and in any activity affecting interstate commerce, that is, the building, real and personal property located at 1500 North Monroe Street, Baltimore, MD, operated by A.M.D. Investments, LLC/ Jayrevapuri, LLC d/b/a "Jolly Food Mart."

18 U.S.C. § 844(i)
18 U.S.C. § 2

Rod J. Rosenstein /JTM
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

A TRUE BILL:

2/25/16
Date

REDACTED SIGNATURE REDACTED
Foreperson